```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ELIZABETH FLINT,                                            :
                                    Plaintiff,              :
                                                            :
            -against-                                       :
                                                            :    18 Civ. 9753 (LGS)
ALLEN/ORCHARD, LLC, ET AL.,                                 :
                                    Defendants.             :    ORDER
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the case management conference was adjourned from November 12, 2019, to December 3, 2019, per the Order at Dkt. No. 45;

WHEREAS, the Order at Dkt. No. 40 requires the parties to file any pre-motion letters -- proposing dispositive pre-trial motions -- by two weeks before the conference. The parties did not timely file any pre-motion letters. It is hereby

**ORDERED** that the December 3, 2019, 10:30 a.m. case management conference is **CANCELED**. Unless the parties file pre-motion letters *nunc pro tunc* or otherwise inform the Court that they do not intend to proceed to trial by **December 6, 2019**, this case will be set for trial. The parties are reminded that settlement discussions do not stay case deadlines.

Dated: December 2, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**