UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH FLINT,

                Plaintiff,

against

ALLEN/ORCHARD, LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 09753 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Honorable Lorna G. Schofield referred this case to the undersigned for a settlement conference. (ECF No. 50). Accordingly, the parties are directed to file a joint letter by **Tuesday, January 21, 2020** listing at least three available dates for a settlement conference. The dates must be before Friday, March 6, 2020; on a Tuesday, Wednesday, or Thursday; and for a three-hour block beginning at 10:00 am or 2:00 pm.

Dated:     New York, New York
            January 14, 2020

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**