UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH FLINT,

                Plaintiff,

against

ALLEN/ORCHARD, LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 09753 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Honorable Lorna G. Schofield referred this case to the undersigned for a settlement conference. (ECF No. 50). The parties were directed to file a joint letter by Tuesday, January 21, 2020 listing at least three available dates for a settlement conference. (ECF No. 52). The parties failed to comply with the Court's order. The parties are directed to file a joint letter by **Friday, January 24, 2020**, explaining their failure to comply and listing dates for a settlement conference.

Dated:      New York, New York
              January 22, 2020

                                            SO ORDERED

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**