UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH FLINT,

                   Plaintiff,

against

ALLEN/ORCHARD, LLC, et al.,

                   Defendants.

CIVIL ACTION NO.: 18 Civ. 09753 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is not available at any of the times selected by the parties. Because the parties are scheduled to begin trial on March 16, 2020 (see ECF No. 49), the parties are ORDERED to file a joint letter by close of business tomorrow, **January 24, 2020**, stating their availability for a settlement conference on the following days, selecting all available times.

1. Thursday, February 13, at 2:00 pm
2. Tuesday, February 18, at 10:00 am
3. Wednesday, February 19, at 2:00 pm
4. Friday, March 6, at 10:00 am or 2:00 pm

Dated:       New York, New York
             January 23, 2020

                                            SO ORDERED

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**