UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ELIZABETH FLINT,

                              Plaintiff,                18 Civ. 9753 (LGS)

           -against-                                ORDER

ALLEN/ORCHARD, LLC, *et. al*,

                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, per the June 23, 2020, Order, the parties were directed to file a joint status letter on mediation efforts every thirty days.  *See* Dkt. No. 89;

      WHEREAS, the parties last filed a status letter on July 24, 2020.  It is hereby

      **ORDERED** that the parties shall file their status letter as soon as practicable and, in any event, no later than **August 28, 2020**.

Dated: August 25, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE