UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIZABETH FLINT,

                        Plaintiff,        18 Civ. 9753 (LGS)

       -against-                     ORDER

ALLEN/ORCHARD, LLC, *et. al*,

                        Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order at Dkt. No. 90, the jury trial is currently scheduled to commence on November 12, 2020, at 9:45 a.m., or the Court's first available date thereafter;

WHEREAS, by Standing Order dated April 20, 2020, 20-mc-197, the conduct of jury trials was suspended due to COVID-19.  It is hereby

**ORDERED** that the parties are advised that jury trials will resume, and the jury trial in this action is in line to proceed the week of November 9, 2020.  The jury trial scheduled for November 12, 2020, at 9:45 a.m. is adjourned to **November 9, 2020, at 9:45 a.m.**  The parties shall be ready to proceed on 24 hours' notice on or after November 9, 2020.  It is further

**ORDERED** that the final pre-trial conference will take place telephonically on **October 30, 2020, at 11:30 a.m.** on the following conference call line:  888-363-4749, access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: September 4, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE