UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIZABETH FLINT,

                              Plaintiff,            18 Civ. 9753 (LGS)

         -against-                      ORDER

ALLEN/ORCHARD, LLC, *et. al*,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, per the August 31, 2020, Order, the parties were directed to file a joint status letter on mediation efforts by September 27, 2020. *See* Dkt. No. 95. No status letter was filed. It is hereby

    **ORDERED** that the parties shall file their status letter as soon as practicable and, in any event, no later than **September 30, 2020**.

Dated: September 28, 2020
       New York, New York

                                                     LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**