```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ELIZABETH FLINT,                                            :
                                  Plaintiff,                :   18 Civ. 9753 (LGS)
                                                            :
                  -against-                                 :   ORDER
                                                            :
ALLEN/ORCHARD, LLC, et. al,                                 :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the August 31, 2020, Order, the parties were directed to file a joint status letter on mediation efforts by September 27, 2020.  *See* Dkt. No. 95.  Per the September 28, 2020, the parties were directed to file the letter no later than September 30, 2020.  No letter was filed.  It is hereby

**ORDERED** that the parties shall file the joint status letter on mediation efforts by **October 2, 2020**.  The parties are advised that compliance with Court-ordered deadlines is not optional and continued non-compliance may lead to sanctions.

Dated: October 1, 2020
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**