# REX WHITEHORN & ASSOCIATES, P.C.
### ——— ATTORNEYS AT LAW ———

REX WHITEHORN

APHRODITE HEPHEASTOU
CAESAR D. RICHBOW
DENIS FISHMAN

OF COUNSEL:
MARK D. MERMEL
DENNIS M. REISMAN

11 GRACE AVENUE
SUITE 411
GREAT NECK, NEW YORK 11021

TEL: (516) 829-5000
FAX: (516) 829-5190
AH@RWASSOCIATESPC.COM
RW@RWASSOCIATESPC.COM

**VIA ECF**

March 9, 2021

Honorable Sarah L. Cave
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Elizabeth Flint v. Allen/Orchard, LLC, et. al*
**Docket No. 1:18-cv-09753 (LGS) (HBP)**

Dear Hon. Cave:

In accordance with ECF#115, the parties were directed to appear for a settlement conference on March 11, 2021 at 10:30 a.m. using the part's conference call line. On Sunday, March 7, 2021, Mr. Hoyda, the individual with authority to appear on behalf of Allen/Orchard LLC was called out of the country due to a dire medical situation in Israel concerning his brother. We understand that Mr. Hoyda's brother is in critical condition but do not have any confirmation on how long Mr. Hoyda will be out of the country. We notified counsel for Plaintiff and Co-Defendant requesting their consent in seeking this adjournment. Mr. Levine, appearing for the Rockwood Defendant's consented to the adjournment. Counsel for Plaintiff has not responded.

Since our office is unsure when Mr. Hoyda will return, we ask that the court direct the parties to submit a status letter within two weeks with either an update on Mr. Hoyda's return and/or possible dates for a settlement conference. We apologize for any inconvenience this adjournment may have caused. This is the first request of this settlement conference. We thank the Court for its consideration of the above matter and are available for a conference call if necessary to discuss same.

Sincerely,

Rex Whitehorn, Esq.

---

Defendants' letter-motion requesting an adjournment of the March 11, 2021 settlement conference (ECF No. 116) is GRANTED and the upcoming settlement conference is adjourned <u>sine die</u>. The parties shall submit a joint status report including mutually agreeable proposed dates for the settlement conference on **Wednesday, March 24, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 116.

SO-ORDERED 3/10/2021

SARAH L. CAVE
United States Magistrate Judge