UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ELIZABETH FLINT,
                             Plaintiff,

                              18 Civ. 9753 (LGS)
          -against-

                              ORDER
ALLEN/ORCHARD LLC, et al.,
                           Defendants,
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the March 18, 2021, status conference scheduled with the Court is **adjourned** *sine die*. The parties shall file a status letter within two days upon completion of a settlement conference with Judge Cave, apprising the Court of the outcome of settlement discussions.

Dated:  March 12, 2021
        New York, New York

                                                   LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE