UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH FLINT,

           Plaintiff,

-v-

ALLEN/ORCHARD, LLC, et al.,

           Defendants.

CIVIL ACTION NO.: 18 Civ. 09753 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On March 10, 2021, the Court granted Defendants' letter-motion requesting to adjourn the March 11, 2021 settlement conference (ECF No. 116) and directed the parties to submit a joint status report including mutually agreeable proposed dates for the settlement conference ("Joint Status Report") by March 24, 2021. (ECF No. 117). The parties have not done so. Accordingly, the parties shall submit their Joint Status Report by **Tuesday, March 30, 2021**.

Dated:      New York, New York
              March 25, 2021

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**