# PARKER HANSKI LLC
40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX: 212.248.5600

May 20, 2021

<u>Via ECF</u>
The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:   <u>Elizabeth Flint v. Allen/Orchard, LLC, Rockwood Entertainment, Inc., Rockwood Music Corp. and Kenrock Enterprises, LLC; 1:18-cv-09753</u>

Dear Judge Cave:

    We represent the plaintiff in the above-entitled action. Together with defendants we write to advise that the parties have resolved the outstanding payment timing issue. Each of the parties are in possession of the revised final settlement documents and are arranging for signature and delivery of the settlement documents.

    As such, the parties respectfully ask that Your Honor adjourn the conference scheduled for today, *sin die*. The parties also respectfully ask that Your Honor allow the parties 45 days in which to file a stipulation of dismissal, or, on request of any of the parties, request a pre-motion conference to compel settlement.

    Thank you for the time and attention to this matter.

Respectfully,

/s/
Adam S. Hanski, Esq.

---

The parties' letter-motion requesting an adjournment of today's telephone conference (ECF No. 127) is GRANTED, and the conference scheduled for today, May 20, 2021, at 4:30 pm is ADJOURNED <u>sine</u> <u>die</u>.

The parties shall a stipulation of dismissal for review by the Honorable Lorna G. Schofield, or request a conference, no later than **Tuesday, July 6, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 127.

SO-ORDERED 5/20/2021

_____
SARAH L. CAVE
United States Magistrate Judge