UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH FLINT,

                              Plaintiff,

        -v-

ALLEN/ORCHARD, LLC, et al.,

                              Defendants.

CIVIL ACTION NO.: 18 Civ. 09753 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On May 20, 2021, the Court directed the parties to file a stipulation of dismissal for review by the Honorable Lorna G. Schofield, or request a conference, no later than July 6, 2021. (ECF No. 128). The parties have not complied with this Order. Accordingly, the parties shall file a status report by **Friday, July 16, 2021**.

Dated:        New York, New York
              July 13, 2021

                                        SO ORDERED

                                        SARAH L. CAVE
                                        **United States Magistrate Judge**